UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
<u>LEXINGTON</u>

Eastern District of Kentucky
FILED

JAN - 2 2007

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CRIMINAL ACTION NO. 02-123-KSF
(Civil Action No. 04-351-KSF)

UNITED STATES OF AMERICA     PLAINTIFF

vs.     **<u>OPINION AND ORDER</u>**

LARRY GENE THOMPSON, SR.     DEFENDANT

\* \* \* \* \* \* \* \*

On December 8, 2004, Defendant Thompson filed a pro se motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence [DE #865] and subsequently requested an evidentiary hearing on same [DE #873]. Consistent with local practice, this matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b). The Magistrate Judge filed his Proposed Findings of Fact and Recommendation [DE #900] that the Motion be denied on the ground that Thompson waived his right to appeal and to attack collaterally his conviction and sentence by entry of a knowing, voluntary and intelligent plea. No objection was filed. The request for an evidentiary hearing on the § 2255 hearing was denied [DE #901].

"It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Additionally, a party who fails to object to a Magistrate Judge's proposed findings of fact and recommendation waives the right to appeal.

Accordingly, it is ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation [DE #900] is ADOPTED and INCORPORATED by reference;

2. Defendant Thompson's Motion is DENIED and DISMISSED with prejudice;



3. A Certificate of Appealability shall not issue because the Defendant has not made a substantial showing of the denial of any substantive constitutional right; and

4. Judgment will be entered contemporaneously with this opinion and order in favor of the United States.

This ___ day of January, 2007.

_____
KARL S. FORESTER, SENIOR JUDGE